**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 23, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00425-CV

---

### IN RE HOWARD ELTON REYNOLDS, JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0081896-A**

---

## MEMORANDUM OPINION

On June 14, 2022, relator Howard Elton Reynolds, Jr., filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kimberly Sullivan, presiding judge of the Probate Court of Galveston County, to vacate and set aside its May 5, 2022 temporary orders to pay temporary spousal support of $4,345.00 per month and arrearages of $77,294.00 to The Cottages.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.